# United States Bankruptcy Court
## District of Nevada

# NOTICE OF DOCKETING ERROR

| | |
|---|---|
| In Re: | WHITNEY BANK vs MARCIA CARRERE |
| Case Number: | 14–01099–led |

| | | | |
|---|---|---|---|
| Filed On: | 8/25/2014 | Hearing Date: | |
| Document Number: | 9 | Hearing Time: | |

Title of PDF:   DEFENDANT'S ANSWER TO COMPLAINT

## THE FOLLOWING ERRORS APPEAR ON THE DOCKET:

The case number is incorrect on the PDF. Please file an amended pleading or file it in the correct case.

Dated: 8/26/14

BY THE COURT

*Mary A Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

**For additional information, please contact:**
**CM/ECF Customer Support Help Desk: (866) 232–1266 (toll free)**
**E–mail: helpdesk@nvb.uscourts.gov**